**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| LATORIA GEORGE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN E. SANDERS, in his official capacity as East Baton Rouge Parish Ward 3 District 2 Justice of the Peace,<br><br>Defendant. | Case No. 3:25-cv-168<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE ERIN WILDER-DOOMES, |

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

**NOW INTO COURT**, through undersigned counsel, comes Steven E. Sanders ("Defendant"), in his official capacity as the East Baton Rouge Parish Ward 3 District 2 Justice of the Peace, (the "Defendant") who moves for an order dismissing the complaint against him pursuant to FRCP 12 (b) (1) on grounds that the Court lacks subject matter jurisdiction.

The grounds for this Motion are set forth in Defendant's Combined Memorandum In Support Of Motion to Dismiss and Opposition to Plaintiff's Motion for Class Certification, filed contemporaneously with this Motion.

**WHEREFORE**, defendants, Steven E. Sanders, in his official capacity as the East Baton Rouge Parish Ward 3 District 2 Justice of the Peace, prays that their motion be granted and that there be judgment in his favor and against Complainants dismissing the claims against him.

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

**BY:** **/s/ Tanika L. Starks__________**
Carey Tom Jones (#7474)
David Jeddie Smith, Jr. (#27089)
Tanika L. Starks (#38902)
Assistant Attorneys General
Louisiana Dept. of Justice
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6000
Facsimile: (225) 326-6098
Email: JonesCar@ag.louisiana.gov
SmithDa@ag.louisiana.gov
StarksT@ag.louisiana.gov

## CERTIFICATE OF SERVICE

**I CERTIFY** that the foregoing was served via the CM/ECF system on all counsel of record on October 14, 2025.

**_____/s/ Tanika L. Starks_____**
(#38902)