**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LATORIA GEORGE**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**STEVEN E. SANDERS**, in his official capacity as East Baton Rouge Parish Ward 3 District 2 Justice of the Peace,<br><br>Defendant. | Case No. 3:25-cv-168<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE ERIN WILDER-DOOMES, |

**ORDER**

CONSIDERING THE DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION:

IT IS ORDERED that the Motion to Dismiss for Lack of Subject Matter Jurisdiction by Steven E. Sanders, in his official capacity as East Baton Rouge Parish Ward 3 District 2 Justice of the Peace is GRANTED, and all claims against him are hereby dismissed with prejudice.

SIGNED this _____ day of ______________, 2025 at Baton Rouge, Louisiana.

______________________________________________

HONORABLE JOHN W. deGRAVELLES
DISTRICT JUDGE, MIDDLE DISTRICT OF LOUSIANA