# Exhibit 1

| | | |
|---|---|---|
| **BIERMAN COMMERCIAL PROPERTIES (BCP)** | : | **CASE NO: 86,832** |
| | : | **STATE OF LOUISIANA** |
| **VERSUS** | : | **JUSTICE OF THE PEACE COURT** |
| | : | **WARD THREE, DISTRICT ONE** |
| **LATORIA GEORGE** | : | **PARISH OF EAST BATON ROUGE** |

## MOTION AND ORDER FOR JUDGMENT OF DISMISSAL

**NOW INTO COURT,** comes plaintiff, Bierman Commercial Properties, (BCP), who previously filed a Petition of Eviction and Order against defendant, Latoria George, on February 20, 2025, bearing Case Number 86,832, of the Justice of the Peace Court, Ward 3, District 2, Parish of East Baton Rouge, State of Louisiana, and with respect moves that the Petition of Eviction and Order filed against defendant, Latoria George, be dismissed, with prejudice, with said defendant having moved from the subject property located at 10510 Stanley Aubin Apt. D, Baton Rouge, Louisiana 70816.

RESPECTFULLY SUBMITTED BY:

BIERMAN COMMERCIAL PROPERTIES (BCP)
BY: ____________________
Printed Name: Katrina Barlay
5536 Superior Drive, Suite D
Baton Rouge, Louisiana 70816
(225) 235-6364