# Exhibit 2

DOROTHY ANN CHENIER CASE NO. 87,846

JUSTICE OF THE PEACE COURT

VERSUS WARD 3 DISTRICT 2

JOHNNIE RUSHING EAST BATON ROUGE PARISH

LOUISIANA

JUDGMENT

WHEREAS Defendant Rushing has been added to the action entitled "Latoria George v. Steven E. Sanders, Justice of the Peace" pending in the federal Middle District of Louisiana, Case Number 3:25-cv-00168-JWD-EWD, then pursuant to LSA-CCP Art. 151 B, and to avoid any appearance of bias or prejudice, contrary to the Judical Code of Ethics, the court does hereby recuse itself.

Judgment rendered and signed the 19th of June, 2025.

Steven E. Sanders
Justice of the Peace
Ward 3 District 2
12728 Jefferson Hwy.
Suite B
Baton Rouge, LA 70816
(225) 751-8265