# Exhibit 3

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF LOUISIANA

LATORIA GEORGE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

PLAINTIFF,

V.

STEVEN E. SANDERS, IN HIS OFFICIAL CAPACITY AS EAST BATON ROUGE PARISH WARD 3 DISTRICT 2 JUSTICE OF THE PEACE,

DEFENDANT.

CASE NO. 3:25-CV-168

JUDGE
JOHN W. DEGRAVELLES

MAGISTRATE
ERIN WILDER-DOOMES

* * * * * * * * * * * * * * * * * * * * * * * * * *

VIDEOCONFERENCE DEPOSITION OF

JOHNNIE RUSHING

APPEARING REMOTELY VIA ZOOM

JULY 31, 2025

10:02 A.M.

REPORTED BY:

LINDSAY I. GIBNEY
CERTIFIED COURT REPORTER
CERTIFICATE NUMBER 2018008

APPEARING REMOTELY FROM DENHAM SPRINGS, LOUISIANA

THE WITNESS: Okay.
BY MS. STARKS:
Q Do you -- upon your recollection, do you know if Judge Sanders was asked to be recused from your eviction proceeding?
A I can't answer that question. I don't know.
Q You don't know if he was asked to be -- requested to be recused?
A Correct.
Q Okay. Did you ever appear before Justice of the Peace Sanders as a result of this eviction proceeding?
A No.
Q Okay. Why is that?
A I was notified that -- the landlord told me that she had dropped the case.
Q Okay. So if I showed you some documentation that appears to show that there was a motion to recuse JP Sanders, would you be aware of the documentation?
A Yes.
MS. STARKS: I'm gonna share my screen with you guys for --
MR. SMITH: All right. It's up there.

Q Yes.
A After the threats of evicting me so many times, so I could say that it was almost like a mutual thing because she wanted me gone. She told me that several times though.
Q But you left on your own accord? She didn't -- there was no eviction judgment that forced you out of the home?
A I left on my own because of the statements she made.
Q Okay.
A I did leave because of the statements. And, in fact, I had secured a place already.
Q Okay. Did you -- I'm sorry. You could repeat that.
A I said prior to her filing. I secured a place on the 11th. She had the notice on the door the next day.
Q Okay. And did you communicate to, I guess, JP Sanders's office or court that you voluntarily left?
A I called the courthouse and spoke with the lady the one day. And she explained to me that I just needed to pay the rent or just come to court. Somebody from the office. I don't know who it was.

A She told me to pay or to -- right. She told me to just pay the rent and come to court or, you know, just leave. She said a couple different things though.

Q Okay. And so which did you decide to do?

A I had already secured a placement -- a new place.

Q Had you taken any steps -- you state that Ms. Chenier had threatened to evict you. Had you taken any steps to terminate that lease or move to a different location?

MS. JOSHI: Compound. Objection.

MS. STARKS: What was the objection?

MS. JOSHI: Sorry. Compound question. Can you please rephrase it?

MS. STARKS: Okay.

BY MS. STARKS:

Q Had you taken any steps to terminate that lease because of the threats?

A I was actively seeking other places. So I guess that -- yes.

Q Okay. Have you been ordered to pay any court costs as a result of any eviction matter?

A No.

Q Do you know the status of the eviction

matter?
A What I do know is that the case was -- Ms. Chenier called and telephoned me to tell me that she had dropped the charges.
Q Okay.
A That's what I do know.
Q So to your knowledge, it's not still pending?
A To my knowledge.
Q Okay. Do you know anyone that has gone through an eviction?
A Yes.
Q Was that person in JP Sanders's court -- or persons?
A No.
Q Do you know the outcomes of that situation?
A I only know what I've read.
Q Okay. So personally, you don't know --
A No.
Q Do you know anyone that's been evicted?
A Under JP Sanders, no.
Q Okay. Do you know -- I guess of the people that you do know, do you know if they paid court costs?