# Exhibit 4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

****************************************

LATORIA GEORGE and JOHNNIE RUSHING, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED

CIVIL ACTION NO.

VS

3:25-cv-00168-JWD-EWD

STEVEN E. SANDERS, in his official capacity as the East Baton Rouge Parish Ward 3 District 2 Justice of the Peace

****************************************

VIDEO DEPOSITION OF
STEVEN E. SANDERS, JUSTICE OF THE PEACE
Taken on Thursday, August 7, 2025
At the Office of the
ATTORNEY GENERAL
1885 N. 3rd Street, 6th Floor
Baton Rouge, Louisiana 70801
REPORTED BY: JANICE WELCH, C.C.R.

****************************************

VERITEXT LEGAL SOLUTIONS

9522 BROOKLINE AVENUE, SUITE 217

BATON ROUGE, LOUISIANA 70809

PHONE: (225) 201-9650 * FAX: (225) 201-9651

E-MAIL: depos@courtreportersla.com

me a motion to recuse. And I was like, well, it's kind of a moot point, I've already recused myself. So that was Friday. And then Monday Ms. Chenier -- I'm sorry, -- yes, Ms. Chenier came to my office and verbally said, she's moved out, I want to dismiss it. Okay.

Q So you have not had to pay your portion of the fee in that case to any other Justice of the Peace, right?

A No.

Q You were able to retain it?

A Yes.

Q Just like in any other eviction case, right?

A Right. If somebody wakes up tomorrow and says, well, we want a formal dismissal. Fine. I'll have to guess the Supreme Court is not really -- it's interesting, they -- the assignments lady, Ms. Katherine, I forgot her name. Anyway, she's always like, well, what are you going to do? And I'm like, I don't know, I don't know what the parties want to do, you know, you got me. Even though Ms. George, it was kind of the same issue. Because it was, you know, she had moved out, did she move, did she not move. Eventually, obviously